UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHANIE GENTRY,

    Plaintiff,

v.

SONESTA INTERNATIONAL
HOTELS CORPORATION, *et al.*,

    Defendants.

Case No. 24-cv-12662
Hon. Matthew F. Leitman

_____/

### ORDER (1) TERMINATING ALL PENDING MOTIONS AND OBJECTIONS AS MOOT, (2) ADJOURNING ALL DATES IN THE COURT'S SCHEDULING ORDER, AND (3) SETTING DEADLINES FOR DEPOSITIONS

On December 3, 2025, the Court held a hearing on several pending motions and objections in this action. For the reasons explained on the record, and based upon the agreement between the parties that was placed on the record and is incorporated into this Order, **IT IS HEREBY ORDERED** as follows:

- All pending motions and objections in this action (ECF Nos. 28, 29, 30) are **TERMINATED WITHOUT PREJUDICE AS MOOT**;

- The parties shall take the depositions of witnesses Paul Gross and Dr. Brian Loder by no later than January 31, 2026;

- All dates in the Court's current Scheduling Order are **ADJOURNED** until further order of the Court; and

1

- The Court will hold a status conference with counsel for all parties in mid-February 2026 to discuss next steps in this action.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 3, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 3, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2